UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY JOHNSON, | No. 2:13-cv-1730 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. JOHNSTON, et al., | |
| Defendants. | |

On December 20, 2013, the undersigned recommended that plaintiff's amended complaint be dismissed, and plaintiff was given fourteen days to file objections. On January 10, 2014, plaintiff was granted an additional thirty days in which to file objections. On February 6, 2014, plaintiff filed a document styled, "Motion to Include Exhibits A through D." (ECF No. 15.) However, plaintiff's motion did not include objections to the findings and recommendations and did not explain how the exhibits might support any such objections. In an abundance of caution, plaintiff will be granted an additional fourteen days in which to file objections to the December 20, 2013 findings and recommendations. No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's exhibits are retained in the court's record (ECF No. 15) and may be referred to by plaintiff; and

////

1

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the December 20, 2013 findings and recommendations. No further extensions of time will be granted.

Dated: February 12, 2014

/john1730.eot2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE