UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>J. JOHNSTON, et al.,<br><br>  Defendants. | No. 2:13-cv-1730 KJM KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the April 16, 2014 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 23) is granted; and

2. Plaintiff is granted up to and including May 12, 2014, in which to file objections to the findings and recommendations.

Dated: May 8, 2014

/john1730.36(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE